UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:11-CR-129-008 |
| | ) | (VARLAN/SHIRLEY) |
| KELSEY MORTON | ) | |
| | ) | |

ORDER OF REVOCATION OF BOND AND DETENTION PENDING
FURTHER PROCEEDINGS

The above-named defendant appeared in custody before the undersigned on April 12, 2012 for an initial appearance on Petition for Action on Conditions of Pretrial Release. United States Attorney Cynthia F. Davidson was present for the government and CJA Panel Attorney Julie A. Rice was present on behalf of the defendant. The government moved for detention pursuant to 18 U.S.C. § 3148.

Counsel for the defendant, and the defendant executed a Waiver of Detention and Revocation Hearing. Defendant reserved the right to request a future hearing as to both.

The Court finds based on the petition and the lack of any defense, the defendant has by clear and convincing evidence violated conditions of her release and finds that the defendant is unlikely to abide by any conditions or combination of release

that the court can otherwise again release her on. Accordingly, the defendant's pretrial release is **REVOKED** and the defendant is detained pending trial or plea.

For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge